# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; NATIONAL ELECTRICAL INDUSTRY FUND; and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br> Plaintiffs, <br><br> vs. <br><br> SAGE ELECTRIC COMPANY, a California corporation, <br><br> Defendant. | Case No. 2:16-cv-06307 CAS (PLAx) <br><br> Assigned to the Honorable Christina A. Snyder <br><br> **[Proposed] JUDGMENT** |

This action having been commenced on August 23, 2016, and the Court having granted the *ex parte* application filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., to reopen the case and enter judgment pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the NECA-IBEW National Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant Sage Electric Company, the principal amount of $150,594.54, together with post-judgment interest calculated at 8% per annum from February 20, 2018, until paid in full.

Dated: February 26, 2018

_____
UNITED STATES DISTRICT JUDGE